# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LUIS COBARRUBIA,

    Petitioner,

v.                                                                 Civ. No. 23-0472-KG-GJF

FNU STEPHENSON, *et al*,

    Respondents.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

    IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Luis Cobarrubia's Habeas Petition Under 28 U.S.C. § 2254 (Doc. 1) is dismissed with prejudice; and a certificate of appealability is denied.

                                             /s/_____
                                             KENNETH J. GONZALES[1]
                                             CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.